THIS OPINION HAS NO
 PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY
 PROCEEDING EXCEPT AS PROVIDED BY RULE 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 The State, Respondent,
 v.
 Raymond Lewis
 Young, Appellant.
 
 
 

Appeal From Greenville County
 D. Garrison Hill, Circuit Court Judge

Unpublished Opinion No. 2008-UP-382
 Submitted July 1, 2008  Filed July 14,
2008    

APPEAL DISMISSED

 
 
 
 Deputy Chief Attorney for Capital Appeals Robert M. Dudek, of Columbia, for Appellant.
 Attorney General Henry Dargan McMaster, Chief Deputy Attorney
 General John W. McIntosh, Assistant Deputy Attorney General Salley W. Elliott; all
 of Columbia, and Solicitor Robert Mills Ariail, of Greenville, for Respondent.
 
 
 

PER CURIAM: Young
 pled guilty to three counts of second degree lynching, one count of armed
 robbery, and one count of breaking and entering an automobile.  On appeal,
 Young alleges the plea did not meet the
 mandates of Boykin v. Alabama, 395 U.S. 238 (1969).  After a thorough review of the record and counsels
 brief pursuant to Anders v. California, 386 U.S. 738 (1967) and State
 v. Williams, 305 S.C. 116, 406 S.E.2d 357 (1991), we dismiss Youngs appeal
 and grant counsels motion to be relieved.[1] 
APPEAL
 DISMISSED. 
HEARN, C.J.,
 CURETON and GOOLSBY, A.J.J., concur.

[1] We decide this case without oral argument pursuant to
Rule 215, SCACR.